GEORGE H. MILLER, Respondent, v. MERLIN E. NORTON et al, Appellants.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.